FILED'09 DEC 02 10:48USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RACHEL M. STOKES,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.

Civil No. 08-1209-PK

ORDER

HAGGERTY, District Judge:

    Magistrate Judge Papak has issued a Findings and Recommendation [34] in this action. The Magistrate Judge recommended that a judgment be entered reversing the Commissioner's decision and remanding this case for an award of benefits. No objections were filed, and the case was referred to this court.

1- ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation and this case is remanded for an award of benefits.

## CONCLUSION

The Findings and Recommendation [34] is adopted and the Commissioner's decision is reversed and remanded for an award of benefits.

IT IS SO ORDERED.

Dated this 2 day of December, 2009.

Ancer L. Haggerty
United States District Judge

2- ORDER